STATE of Missouri,
Respondent/Respondent,

v.

Euron MATTHEWS,
Defendant/Appellant.

No. ED 79439.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 15, 2002.

Rehearing Denied Feb. 20, 2002.

E. Rex Bradley, Louisiana, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Susan L. Brown, Assistant Attorney General, Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J. and ROBERT G. DOWD, JR., J.

*ORDER*

PER CURIAM.

Defendant appeals from the judgment entered after a bench trial on his conviction of two counts of delivery of a controlled substance in violation of Section 195.211 RSMo (1994). The trial court found defendant to be a prior and persistent drug offender and sentenced him to consecutive terms of fifteen and ten years imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).